**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01461-CR
No. 05-13-01462-CR

**KENNETH AVERY FARR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F13-55168-V, F13-57650-V

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE